# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                              4:07-CV-00435-WRW

LEROY MUNCY                                                 DEFENDANT

## ORDER

Pending is Defendant's Motion to Compel (Doc. No. 58). Defendant has not responded, and the time for doing so has passed. Plaintiff's Motion is GRANTED.

Defendant is directed to: give deposition testimony; respond to interrogatories, requests for admission, and requests for production; and to make Rule 26(a) initial disclosures. Defendant is directed to comply with Plaintiff's requests by 5:00 p.m. on Monday, April 14, 2008.

IT IS SO ORDERED this 26th day of March, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE