### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**v.**                                        **4:07-CV-00435**

**LEROY MUNCY,** *et al.*                                        **DEFENDANTS**

## JUDGMENT

Based on an Order entered this date, Plaintiff's Motion for Summary Judgment is GRANTED.

IT IS SO ORDERED this 7th day of May, 2008.

                                                     /s/ Wm. R. Wilson, Jr._____
                                                     UNITED STATES DISTRICT JUDGE