IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

V.                                       4:07CV00435-WRW

LEROY MUNCY, *et al.*                                                                       DEFENDANTS

## AMENDED JUDGMENT

On May 7, 2008, ths Court granted the United States' Motion for Summary Judgment (Doc. No. 79). Based on that Order, Defendant Leroy Muncy is indebted to the United States as of May 15, 2008, for federal income taxes, interest, and penalties for the following years and amounts:

| Tax Year | Total Balance (taxes, interest, and penalties) |
|---|---|
| 1994 | $93,201.47 |
| 1995 | $110,453.86 |
| 1996 | $101,718.19 |
| **TOTAL** | **$314,373.52** |

Interest and statutory additions continue to accrue on the judgment until paid in full.

The federal tax liens on Defendant Muncy's real property may be foreclosed; the three pieces of property at issue may be sold by separate order to satisfy (or partially satisfy) the federal tax liabilities for which the liens were filed; and the United States may recover its costs of this action.

IT IS SO ORDERED this 20th day of May, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE