**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                          **PLAINTIFF**

**v.**                                                             **4:07-CV-00435**

**LEROY MUNCY, et al.**                                                        **DEFENDANTS**

**ORDER FOR DISTRIBUTION OF SALE PROCEEDS**

Upon Plaintiff United States' motion for an order distributing the sale proceeds from the sale of three (3) parcels of real property located in Pope County, Arkansas, further described in the Order of Sale entered on July 3, 2008 (Doc. No. 89), as Parcel 1, Parcel 2 and Parcel 3. Parcel 1 was sold to Devoe and Joyce Campbell for the sum of $57,713.00; Parcel 2 was sold to C.L. Davis for the sum of $75,000; and Parcel 3 was sold to Gary R. Willcutt for the sum of $9,750.00 ("the Properties"), and for good cause shown,

The sale proceeds from the Properties will be distributed as follows:

1.        To the United States Treasury for the expenses of the sale in the amount of        $2,140.45

    Robert Brown, Property Appraisal & Liquidation Specialist
    700 W. Capitol, Stop 5223
    Little Rock, AR 72201

2.        To Pope County for real property taxes on Parcels 730-00001-005A, 048-00475-000A and 048-01009-001R as of 12/31/2008 in the amount of        $316.76

    Pope County Tax Collector
    100 W. Main St.
    County Courthouse
    Russellville, AR 72801-3723

3.        To the United States Treasury for the unpaid federal
tax liabilities of Leroy Muncy, CDCS no. 2008A71642
in the amount of        $ 140,005.79

William E. Thompson,
Department of Justice, Tax Division, Office of Review
P.O. Box 310
Ben Franklin Station
Washington, D.C. 20044

       **TOTAL**        $ 142,463.00

IT IS SO ORDERED this 10th day of December, 2008.

       /s/ Wm. R. Wilson, Jr.
       UNITED STATES DISTRICT JUDGE